FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 SEP 21 AM 11: 55

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| VONDA L. DIXON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: CV506-027 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

After an independent review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Plaintiff contends the Administrative Law Judge ("ALJ") refused to credit the opinion of Dr. Mary Jones, her long-term treating physician, without any evidence to support his conclusion that "good cause" existed to discredit Dr. Jones' opinion. Plaintiff asserts the ALJ did not identify any opinion of an examining doctor to support his findings as to what Plaintiff could do on a regular, sustained basis. Plaintiff also asserts the opinions of non-examining doctors cannot, standing alone, form the basis of a decision concerning claimant's residual functional capacity.

It is clear the ALJ did not discredit the opinion of Plaintiff's treating physician, Dr. Mary Jones, without "good cause" within the meaning of the applicable law. ALJ Davis found Dr. Jones' opinion of Plaintiff's condition to be inconsistent with and contradicted

by the record as a whole. In addition, ALJ Davis did not rely solely on the opinions of non-examining physicians to determine Plaintiff's residual functional capacity.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 21st day of September, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA